MALCOLM McCRAIGE, Appellee, v. ERNEST STORM
et al., Appellants.  (Civil No. 216.)

APPEAL from the District Court of the First Judicial
District in and for the County of Cochise.

E. R. Monk, for Appellants.

James Reilly, for Appellee.

September 29, 1887.  Dismissed.